**Wade PLAIR, Appellant,**

v.

**COMMONWEALTH of Pennsylvania, DEPARTMENT OF CORRECTIONS, Central Office Review Committee, Appellees.**

Supreme Court of Pennsylvania.

June 9, 1999.

### ORDER

PER CURIAM:

AND NOW, this 9th day of June, 1999, the order of the Commonwealth Court is hereby affirmed.

**Julianna EIDEM**

v.

**WORKERS' COMPENSATION APPEAL BOARD (GNADEN–HUETTEN MEMORIAL HOSPITAL).**

**Petition of Gnaden–Huetten Memorial Hospital and Phico Insurance Company.**

Supreme Court of Pennsylvania.

June 9, 1999.

### ORDER

PER CURIAM:

AND NOW, this 9· day of June, 1999, the Petition for Allowance of Appeal is **GRANTED** and the parties are directed to brief the issue as follows:

Whether the Commonwealth Court erred in finding that the referral letter did not provide sufficient notice of a job position, where employee had previously been employed in that position, in order to satisfy employer's burden of proof pursuant to *Kachinski v. W.C.A.B. (Vepco Construction Co.)*, 516 Pa. 240, 532 A.2d 374 (1987).

The Petition for Supersedeas is **DENIED**.